UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Eugene ▼ DIVISION

Shane ANTHONY Lewis
*(Enter full name of plaintiff)*

Plaintiff,

v.

Springfield Police Department
Detective Justin J. Myers

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 6:19-cv-00494-AA
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded
☒ Yes   ☐ No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**
Name: Shane A. Lewis #0993247
Street Address: 101 W. 5th Avenue
City, State & Zip Code: Eugene, OR 97401
Telephone No.: _____

Complaint for Violation of Civil Rights (Prisoner Complaint)   1
[Rev. 01/2018]

**Defendant No. 1**  Name: SPRINGFIELD POLICE DEPARTMENT
Street Address: 230 4Th ST.
City, State & Zip Code: SPRINGFIELD, OR 97477
Telephone No.: 541) 726-3714

**Defendant No. 2**  Name: JUSTIN J. Myers
Street Address: 230 4Th ST.
City, State & Zip Code: SPRINGFIELD, OR 97477
Telephone No.: 541) 726-3714

**Defendant No. 3**  Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

**Defendant No. 4**  Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

This action arises under the 4th, 6th and 14th amendments and under TITLE 42, U.S.C, section 1983

## III. STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

On Sunday, January 13th, 2019, while on duty working as a sworn police officer for the Springfield Police Department, Detective Justin J. Myers (DPSST# 49040), while drafting an affidavit in support for a search warrant, did deliberately make several false statements, for the purpose of misleading Lane County Circuit Court Judge Maurice K. Merten in order to obtain the subsequent search warrant for my place of residence, 3582 Elmira Rd., Eugene, OR, 97402. As a result, this has jeopardized my right to a fair trial, procedural due process and protection from unreasonable searches and siezures.

### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

On Sunday, January 13th, 2019, while on duty working as a sworn police officer for the Springfield Police department, Detective

Complaint for Violation of Civil Rights (Prisoner Complaint)    3
[Rev. 01/2018]

Justin J. Myers (DPSST #49040), while drafting an affidavit in support of a search warrant, did manifest a reckless disregard for the truth, swearing an oath to 19 material erroneous or misleading statements before the Honorable Maurice K. Merten for the purpose of obtaining a warrant to search my house. As such, Det. Myers actions under color of law did violate and jeopardize my right to a fair trial, procedural due process and my right to protection from unreasonable searches and seizures

### Claim III

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

On Sunday, January 13th, 2019, while on duty as a sworn police officer for the Springfield Police department, Detective Justin J. Myers (DPSST #49040), did knowingly use a perjured testimony, by way of his sworn affidavit in support of a search warrant, for the purpose of obtaining the subsequent warrant. By knowingly using a perjured testimony for the purpose of obtaining a warrant to search my residence for evidence of a crime, my right to a fair trial was compromised as well as my right to procedural due process.

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☒ Yes   ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

I would like the Court to demand my release from custody, dismissal of all charges arising as a result of these violations of my Constitutional Rights as well as Monetary Compensation from The Springfield Police Department in the amount of $500,000.00, Monetary Compensation from Detective Justin J. Myers in the amount of $100,000.00, and compensation in the amount of $1,100.00 per day for each and every day that I've been incarcerated. I'd also like Springfield police department to pay all fees incurred as a result of this action.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 1st day of APRIL, 2019.

_____
(Signature of Plaintiff)